**ORDERED ACCORDINGLY.**

1 | BRIAN A. PAINO (AZ BN 027091)
KYLE J. SHELTON (AZ BN 027379)
2 | PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
3 | P.O. Box 17933
San Diego, CA 92177-0933
4 | Telephone: (858) 750-7600
Facsimile: (619) 590-1385
5 | kshelton@piteduncan.com

Dated: February 11, 2011

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

6 | Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| In re | Case No. 2:10-BK-10746-GBN |
|---|---|
| HECTOR MANUEL RIVERA AND ELVA LILIA RIVERA, | Chapter 13 |
| Debtor(s). | ORDER ON STIPULATION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| GMAC MORTGAGE, LLC, Movant, vs. HECTOR MANUEL RIVERA AND ELVA LILIA RIVERA, Debtor(s); and EDWARD J. MANEY, Chapter 13 Trustee, Respondents. | |

The parties having agreed to the terms set forth in the Stipulation Regarding Motion For Relief From the Automatic Stay and are bound by the terms of their stipulation, which shall be the Order of this Court. The continued preliminary hearing for February 11, 2011 at 10:00 a.m. is vacated.

DATED:_____

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

- 1 -